UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN F. GRAHAM, SR.,

    Plaintiff,

v.                                                CASE NO. 8:18-cv-686-T-23MAP

CRAIG A. HUFFMAN, et al.,

    Defendants.
_____/

## ORDER

Because the transfer of this action from the Western District of Texas appears to moot several arguments for dismissal, including the arguments about improper or inconvenient venue in the Western District of Texas and lack of personal jurisdiction in the Western District of Texas, the motions (Docs. 29, 30, and 36) to dismiss are **DENIED WITHOUT PREJUDICE**. No later than **APRIL 16, 2018**, each defendant may move in a manner compliant with the Local Rules of the Middle District of Florida to dismiss the complaint or the action.

ORDERED in Tampa, Florida, on March 27, 2018.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE