**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JOHN F. GRAHAM, SR.,**

    **Plaintiff,**

vs.                          Case No. 8:18-cv-686-T-23MAP

**CRAIG A. HUFFMAN, SAED "SAM" TALARI**
**and HEMPTECH CORP.,**

    **Defendants.**
_____/

**NOTICE OF SETTLEMENT**

    Plaintiff, JOHN F. GRAHAM, SR., by and through his undersigned counsel, hereby Notifies the Court that the parties have reached a settlement of this case.

*/s/ Craig L. Berman*
Craig L. Berman, Esq.
BERMAN LAW FIRM, P.A.
111 Second Avenue, N.E., Suite 706
St. Petersburg, FL 33701
Phone: (727) 550-8989
Fax: (727) 894-6251
Fla. Bar No. 068977
craig@bermanlawpa.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on April 17, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Alex R. Stavrou, Esq.
alex@alexstavrou.com

Craig A. Huffman, Esq.
craig@securuslawgroup.com, Craigh04@gmail.com

and

Mark E. Pena, Esq.
mep@tampabay.rr.com

                                        /s/ Craig L. Berman
                                        Attorney