UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN F. GRAHAM, SR.,

    Plaintiff,

v.                                    CASE NO. 8:18-cv-686-T-23MAP

CRAIG A. HUFFMAN, et al.

    Defendants.
_____/

**ORDER**

The plaintiff announces (Doc. 101) the settlement of this action. Under Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final judgment or dismissal or (2) to move to vacate the dismissal for good cause. The clerk is directed to terminate the pending motions and to close the case.

ORDERED in Tampa, Florida, on April 18, 2018.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE